

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00007-CR

HARLES RANDLE ALLISON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 371st District Court
Tarrant County, Texas
Trial Court No. 1793757

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

On November 22, 2024, a Tarrant County[1] jury found Harles Randle Allison guilty of four counts of indecency with a child by sexual contact,[2] and the trial court sentenced him to 99 years' confinement on each count. Allison timely filed a notice of appeal on November 22, 2024. After filing that notice of appeal, Allison died.

The death of an appellant during the pendency of his appeal deprives this Court of jurisdiction, and the proper disposition is permanent abatement rather than dismissal. TEX. R. APP. P. 7.1(a)(2); *State v. McCaffrey*, 76 S.W.3d 392, 392–93 (Tex. Crim. App. 2002); *Whitmire v. State*, 943 S.W.2d 894, 895 (Tex. Crim. App. 1997) (per curiam).

Accordingly, we permanently abate this appeal.

Charles van Cleef
Justice

Date Submitted: May 28, 2025
Date Decided: May 29, 2025

Do Not Publish

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).

[2]Allison was also charged with the offense of continuous sexual abuse of a child. However, following the State's presentation of its evidence, the State waived prosecution on that charge.